UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY BAUMAN,<br><br>    Plaintiff,<br><br>v.<br><br>REMINGTON LODGING & HOSPITALIATY, LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-00627-TSH<br><br>**ORDER ALLOWING THE PARTIES TO AMEND THEIR PLEADINGS TO ADD A NEW PARTY AND TO REMAND BACK TO STATE COURT**<br><br>Re: Dkt. Nos. 49, 51 |

Pursuant to the stipulation filed and served on October 9, 2018 (ECF No. 51), this Court finds that good cause exists to allow Defendant / Cross-Complainant Hilton Worldwide, Inc., and Remington Lodging & Hospitality, LLC, and Plaintiff Stacy Bauman, leave of court to amend their respective Complaint / Cross-Complaint to name Western State Design, Inc., as a Defendant / Cross-Defendant in this action.

This matter is hereby **REMANDED** back to the Superior Court of Contra Costa as the addition of Western State Design, Inc., will defeat diversity pursuant to 28 U.S.C. § 1441(b). The Clerk of the Court is **ORDERED** to close the file. Ecolab, Inc.'s amended motion for summary judgment (ECF No. 49) is terminated without prejudice to renewal in state court.

**IT IS SO ORDERED.**

Dated: October 10, 2018

THOMAS S. HIXSON
United States Magistrate Judge